# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Western Energy Alliance, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| United States Department of the Interior, Sally Jewell, in her official capacity as Secretary of the United States Department of the Interior, Bureau of Indian Affairs, and Michael S. Black, in his official capacity as Director of the Bureau of Indian Affairs, | ) ) ) ) ) ) ) ) | |
| | ) | Case No. 1:16-cv-050 |
| Defendants. | ) | |

Before the court is a motion for attorney Bradley S. Bridgewater to appear *pro hac vice* on defendants' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Bradley S. Bridgewater has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 8) is **GRANTED**. Attorney Bradley S. Bridgewater is admitted to practice before this court in the above-entitled action on behalf of defendants.

**IT IS SO ORDERED.**

Dated this 14th day of March, 2016.

                                                            */s/ Charles S. Miller, Jr.*
                                                            Charles S. Miller, Jr.
                                                            United States Magistrate Judge